## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: **Klotz, Terry L**

Case No.: **18-29350-JKS**

Chapter: **7**

Judge: **John K. Sherwood**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable **John K. Sherwood** on **December 18, 2018**, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. **3D**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of Property:  **21 Louis Street, Little Ferry, New Jersey**<br><br>**Current Market Value of Property: $240,000.00**<br>**Estimated Cost of Sale:  $24,000.00** |

| |
|---|
| Liens on property:  **Quicken Loans- $135,710.00**<br>**Wells Fargo- $68,820.00**<br>**SBA Loans- 65,089.00** |

| |
|---|
| Amount of equity claimed as exempt: |

Objections must be served on, and requests for additional information directed to:

Name:         Benjamin A. Stanziale, Jr., Trustee

Address:      29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:
Terry L Klotz
       Debtor

Case No. 18-29350-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 13, 2018
                     Form ID: pdf905   Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
```
db             +Terry L Klotz,    21 Louis Street,    Little Ferry, NJ 07643-2017
517783499      +American Web Loan,    2128 N 14th Street, Suite 130,    Ponca City, OK 74601-1831
517783500      +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
517783501      +C.Tech Collections, Inc.,  Attn: Medical Radiology of Ridgewood,    POB 402,
                 Mount Sinai, NY 11766-0402
517783502      +Fed Loan Servicing,    POB 60610,    Harrisburg, PA 17106-0610
517783505      +Quicken Loans, Inc.,   Attn: KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
517783507      +Udren Law Offices,    111 Woodcredit Road, Suite 200,    Cherry Hill, NJ 08003-3620
517783508      +Wells Fargo Bank, N.A.,   Attn: Ras Citron, LLC,    130 Clinton Roade, Suite 202,
                 Fairfield, NJ 07004-2927
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:03       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:37:00       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517783503      +E-mail/Text: csocha@greateralliance.org Nov 14 2018 01:38:08       Greater Alliance FCU,
                 40 W Century Road,    Paramus, NJ 07652-1454
517783504      +Fax: 407-737-5634 Nov 14 2018 02:04:20    Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
517783506      +E-mail/Text: bankruptcynotices@sba.gov Nov 14 2018 01:35:57       Small Business Admin,
                 1441 L Street NW,    Washington, DC 20416-0001
                                                                                      TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2018 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc.. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald   on behalf of Creditor   Quicken Loans Inc.. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ronald I. LeVine   on behalf of Debtor Terry L Klotz ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6
```