UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

TERRY L. KLOTZ,

                         Debtor.

Case No.  18-29350-JKS

Chapter 7

Hearing Date:  January 29, 2019 at 10:00 a.m.

Judge:  Hon. John K. Sherwood

**ORDER EXTENDING THE TIME OF THE TRUSTEE
TO OBJECT TO DEBTOR'S DISCHARGE**

    The relief set forth on the following page(s), is hereby **ORDERED**.

**DATED: January 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor: Klotz, Terry L.

Case No. 18-29350-JKS

Caption of Order: Order Extending the Time of the Trustee to Object to Debtor's Discharge

**THIS MATTER** having been opened to the Court by Stanziale & Stanziale, P.C., attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") of Terry L. Klotz (the "Debtor") by way of motion pursuant to Fed. R. Bankr. P. 4004(b) to extend the time of the Trustee to file a complaint objecting to Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties, and the Court having reviewed the papers filed and the arguments presented, and for good cause shown; it is hereby

**ORDERED** that the deadline by which the Trustee must file a complaint objecting to the discharge of the Debtor shall be and is hereby extended to and including **March 31, 2019**.