Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

In Re:

TERRY LYNN KLOTZ

Case No.:18-29350 JKS

Chapter: 7

Judge: Hon. John K. Sherwood

ORDER DETERMINING THAT THE CHAPTER 7 TRUSTEE ABANDONED ITS INTEREST IN DEBTOR'S FAIR DEBT COLLECTION PRACTICE CLAIM *NUNC PRO TUNC* AS OF JANUARY 4, 2019.

The relief set forth on the following pages, numbered two (2) through three(3) is hereby **ORDERED**.

**DATED: January 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: TERRY LYNN KLOTZ
Case No. 18-29350JKS
Caption of Order: ORDER DETERMINING THAT THE CHAPTER 7 TRUSTEE ABANDONED ITS INTEREST IN DEBTOR'S FAIR DEBT COLLECTION PRACTICE CLAIM *NUNC PRO TUNC* AS OF JANUARY 4, 2019.

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, upon notice to Benjamin A. Stanziale, Jr., Chapter 7 Acting Trustee for entry of an Order determining that the chapter 7 trustee abandoned its interest in debtor's Fair Debt Collection Practices Act claim *Nunc Pro Tunc* as of January 4, 2019, and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

IT IS HEREBY FOUND AND DETERMIINED that:

- A. Proper, timely, adequate and sufficient notice of the Motion on the hearing on the requested relief set forth above has been provided and no other or further notice of the Motion, the Hearing, or the entry of this Order is necessary.

- B. A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested parties.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Motion is granted determining that the Chapter 7 trustee abandoned its interest in debtor's Fair

Page 3
Debtor: TERRY LYNN KLOTZ
Case No. 18-29350JKS
Caption of Order: ORDER DETERMINING THAT THE CHAPTER 7 TRUSTEE ABANDONED ITS INTEREST IN DEBTOR'S FAIR DEBT COLLECTION PRACTICE CLAIM *NUNC PRO TUNC* AS OF JANUARY 4, 2019.

Debt Collection Practices Act against John Does 1-25 as scheduled in amended Schedule C that was filed on October 23, 2018, and to which no objection has been filed, and it is further

ORDERED that the effective date of this Order declaring that the Trustee abandoned its claim to said scheduled exemption will be January 4, 2019, the date this Order was filed. This Court shall retain jurisdiction with respect to any and all disputes may arise in connection with the provisions of this Order and the transactions approved hereby.