UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

TERRY L. KLOTZ,

                 Debtor.

Case No.  18-29350-JKS

Chapter 7

Hearing Date:  January 29, 2019 at 10:00 a.m.

Judge:  Hon. John K. Sherwood

**ORDER EXTENDING THE TIME OF THE TRUSTEE
TO OBJECT TO DEBTOR'S DISCHARGE**

The relief set forth on the following page(s), is hereby **ORDERED**.

**DATED: January 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:          Klotz, Terry L.
Case No.         18-29350-JKS
Caption of Order: Order Extending the Time of the Trustee to Object to Debtor's Discharge

**THIS MATTER** having been opened to the Court by Stanziale & Stanziale, P.C., attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") of Terry L. Klotz (the "Debtor") by way of motion pursuant to Fed. R. Bankr. P. 4004(b) to extend the time of the Trustee to file a complaint objecting to Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties, and the Court having reviewed the papers filed and the arguments presented, and for good cause shown; it is hereby

**ORDERED** that the deadline by which the Trustee must file a complaint objecting to the discharge of the Debtor shall be and is hereby extended to and including **March 31, 2019**.

United States Bankruptcy Court
District of New Jersey

In re:  
Terry L Klotz  
    Debtor

Case No. 18-29350-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 31, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.  
db          +Terry L Klotz,    21 Louis Street,    Little Ferry, NJ 07643-2017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
         Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr. ben@stanzialelaw.com
         Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,   nj45@ecfcbis.com
         Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc.. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc.. kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Ronald I. LeVine    on behalf of Debtor Terry L Klotz ronlevinelawfirm@gmail.com,
          irr72645@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                               TOTAL: 6