| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Attorney for Debtors | Order Filed on January 30, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>TERRY LYNN KLOTZ | Case No.:18-29350 JKS<br><br>Chapter:  7<br><br>Judge: Hon. John K. Sherwood |

ORDER  DETERMINING THAT THE CHAPTER 7 TRUSTEE ABANDONED ITS INTEREST IN DEBTOR'S FAIR DEBT COLLECTION PRACTICE CLAIM *NUNC PRO TUNC* AS OF JANUARY 4, 2019.

The relief set forth on the following pages, numbered two (2) through three(3) is hereby **ORDERED**.

**DATED: January 30, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: TERRY LYNN KLOTZ
Case No. 18-29350JKS
Caption of Order: ORDER DETERMINING THAT THE CHAPTER 7 TRUSTEE ABANDONED ITS INTEREST IN DEBTOR'S FAIR DEBT COLLECTION PRACTICE CLAIM *NUNC PRO TUNC* AS OF JANUARY 4, 2019.

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, upon notice to Benjamin A. Stanziale, Jr., Chapter 7 Acting Trustee for entry of an Order determining that the chapter 7 trustee abandoned its interest in debtor's Fair Debt Collection Practices Act claim *Nunc Pro Tunc* as of January 4, 2019, and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

IT IS HEREBY FOUND AND DETERMIINED that:

 A. Proper, timely, adequate and sufficient notice of the Motion on the hearing on the requested relief set forth above has been provided and no other or further notice of the Motion, the Hearing, or the entry of this Order is necessary.

 B. A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested parties.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Motion is granted determining that the Chapter 7 trustee abandoned its interest in debtor's Fair

Page 3
Debtor: TERRY LYNN KLOTZ
Case No. 18-29350JKS
Caption of Order: ORDER DETERMINING THAT THE CHAPTER 7 TRUSTEE ABANDONED ITS INTEREST IN DEBTOR'S FAIR DEBT COLLECTION PRACTICE CLAIM *NUNC PRO TUNC* AS OF JANUARY 4, 2019.

Debt Collection Practices Act against John Does 1-25 as scheduled in amended Schedule C that was filed on October 23, 2018, and to which no objection has been filed, and it is further

ORDERED that the effective date of this Order declaring that the Trustee abandoned its claim to said scheduled exemption will be January 4, 2019, the date this Order was filed. This Court shall retain jurisdiction with respect to any and all disputes may arise in connection with the provisions of this Order and the transactions approved hereby.

United States Bankruptcy Court
District of New Jersey

In re:  
Terry L Klotz  
     Debtor

Case No. 18-29350-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 31, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.  
db           +Terry L Klotz,    21 Louis Street,     Little Ferry, NJ 07643-2017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:  
           Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr. ben@stanzialelaw.com  
           Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,   nj45@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc.. dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc.. kmcdonald@kmllawgroup.com,     bkgroup@kmllawgroup.com  
           Ronald I. LeVine    on behalf of Debtor Terry L Klotz ronlevinelawfirm@gmail.com,     irr72645@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 6